UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NICOLE CRITTENDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>PROSPER FUNDING, LLC,<br><br>    Defendant | Case No.: 3:19-cv-00511-SLC<br><br>**PLAINTIFF LYNNE KEMMER'S NOTICE OF SETTLEMENT**<br><br>MAGISTRATE JUDGE STEVEN CROCKER |

## NOTICE OF SETTLEMENT

Plaintiff, Nicole Crittenden notifies this Court that Plaintiff and Defendant, Proser Funding LLC, have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Dated: August 26, 2019.

                                     */s/ Adam T. Hill*
                                     Adam T. Hill
                                     The Law Offices of Jeffrey Lohman, P.C.
                                     4740 Green River Road, Suite 310
                                     Corona, CA 92880
                                     T: (657) 236-3525
                                     E: AdamH@jlohman.com
                                     Attorney for Plaintiff, NICOLE CRITTENDEN

# CERTIFICATE OF SERVICE

I certify that on September 4, 2019, I filed the foregoing Plaintiff Nicole Crittenden's Notice of Settlement using this Court's CM/ECF system which will provide notice to the following attorneys of record:

Courtney C. Wenrick
Severson& Werson, APC
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
(949) 442-7110
ccw@severson.com
COUNSEL FOR DEFENDANT

        */s/ Adam T. Hill*
        Adam T. Hill
        The Law Offices of Jeffrey Lohman, P.C.
        4740 Green River Road, Suite 310
        Corona, CA 92880
        T: (657) 236-3525
        E: AdamH@jlohman.com
        Attorney for Plaintiff, NICOLE CRITTENDEN