# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

NICOLE CRITTENDEN,

                Plaintiff,

vs.

PROSPER FUNDING, LLC,

                Defendant.

Case No.: 3:19-cv-00511-SLC

*ELECTRONICALLY FILED*

Plaintiff Nicole Crittenden ("Plaintiff") and Defendant Prosper Funding, LLC, ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED:

/s/ Courtney C. Wenrick (with permission)
Courtney C. Wenrick
Severson & Werson, APC
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Tel: (949) 442-7110
Email: ccw@severson.com
*COUNSEL FOR DEFENDANT*

/s/ Adams T. Hill
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 236-3525
E: adamh@jlohman.com
*COUNSEL FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

NICOLE CRITTENDEN,            )  Case No.: 3:19-cv-00511-SLC
                              )
    Plaintiff,              )
                              )
v.                            )  **[PROPOSED] ORDER OF DISMISSAL**
                              )
PROSPER FUNDING, LLC,         )
                              )
    Defendant.              )
                              )

## [PROPOSED] ORDER OF DISMISSAL

    Plaintiff, Nicole Crittenden ("Plaintiff"), and Defendant, Prosper Funding, LLC, ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

    IT IS HEREBY ORDERED that Plaintiff's complaint against Defendant is DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

    It is so ORDERED.

                                                                                                                     _____
                                                                                                             United States Magistrate Judge

# CERTIFICATE OF SERVICE

     I certify that on October   , 2019, I filed the foregoing Joint Stipulation of Dismissal using this Court's CM/ECF system which will provide notice to the following attorneys of record:

Courtney C. Wenrick
Severson& Werson, APC
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
(949) 442-7110
ccw@severson.com
COUNSEL FOR DEFENDANT

 

*/s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (657) 236-3525
E: adamh@jlohman.com
Attorney for Plaintiff, NICOLE CRITTENDEN

- 3 -
JOINT STIPULATION OF DISMISSAL